**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter  **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **LMJ Supply Company** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2  0 – 8  6  7  1  5  6  8 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1035 Dairy Ashford Rd, Ste 370** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Houston**          **TX**    **77079** | |
| City          State    ZIP Code | City          State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City          State    ZIP Code |

5. **Debtor's website (URL)**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **LMJ Supply Company** _____   Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.   NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |

If more than 2 cases, attach a separate list.

☐ Yes.   District _____   When _____   Case number _____
                                                              MM / DD / YYYY

                District _____   When _____   Case number _____
                                                              MM / DD / YYYY

                District _____   When _____   Case number _____
                                                              MM / DD / YYYY

Debtor **LMJ Supply Company** _____  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____  _____  _____
City                         State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **LMJ Supply Company**                                    Case number (if known) _____

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | ■ I have been authorized to file this petition on behalf of the debtor. |
| | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/30/2018**
MM / DD / YYYY

X **/s/ Gino F. Arrue**                                    **Gino F. Arrue**
Signature of authorized representative of debtor          Printed name

Title **President**

| 18. Signature of attorney | X **/s/ Christian M. Sternat**                Date **07/30/2018** |
|---|---|
| | Signature of attorney for debtor                           MM / DD / YYYY |

**Christian M. Sternat**
Printed name

**Christian M. Sternat**
Firm name

**Attorney at Law**
Number     Street

**2190 North Loop West, #101**

**Houston**                              **TX**     **77018**
City                                     State    ZIP Code

**(713) 686-6961**                       _____
Contact phone                            Email address

**19175730**                             _____
Bar number                               State

**Fill in this information to identify the case**

Debtor name **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Comerica Checking account** | **Checking account** | __ __ __ __ | $2,570.63 |

4.  **Other cash equivalents**  *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,570.63 |
|---|

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor  **LMJ Supply Company**                                           Case number (if known) _____
Name

|  |  | Current value of debtor's interest |
|---|---|---|

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                     **$0.00**

---

### Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**11.**  **Accounts receivable**

11a.  90 days old or less:    **$25,808.75**  –  **$0.00**  = ............. ➜   **$25,808.75**
       face amount        doubtful or uncollectible accounts

11b.  Over 90 days old:    **$567,033.53**  –  **$0.00**  = ............. ➜   **$567,033.53**
       face amount        doubtful or uncollectible accounts

**12.**  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$592,842.28**

---

### Part 4:  Investments

**13.**  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                     % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.**  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                   **$0.00**

---

### Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes.  Fill in the information below.

---

Debtor  **LMJ Supply Company** _____          Case number (if known) _____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                 | **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                 | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor     **LMJ Supply Company**                                    Case number (if known) _____
              Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Misc Office Furniture & Computers, Book Value $0.00, Market Value under $2,000.00** | **$0.00** | **Market Value** | **$1,000.00** |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.                    **$1,000.00**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                    **$0.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor **LMJ Supply Company**                                      Case number (if known) _____
_____
Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

### Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ☒ No.  Go to Part 10.
   ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☒ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

### Part 10:   Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| Proprietary Customer List | Unknown | | $0.00 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
   Add lines 60 through 65.  Copy the total to line 89.          | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

---

Debtor     **LMJ Supply Company**                                    Case number (if known) _____
           Name

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☑ Yes.  Fill in the information below.

                                                                              Current value of
                                                                              debtor's interest

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **Federal Form 1120; NOL Carryover, $409,609.**
     **As of 12/31/2016** _____  Tax year  **2017**  _____  $0.00

73.  **Interests in insurance policies or annuities**

     **LMJ/Debtor paid for an employee health ins policy through Blue Cross-Blue Shield**  $0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,**
     **including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77.  Copy the total to line 90.                         $0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

Debtor   **LMJ Supply Company**                                    Case number (if known) _____
              Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,570.63 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $592,842.28 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $596,412.91 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................ | | $596,412.91 |

**Fill in this information to identify the case:**

Debtor name **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1** Creditor's name

**Describe debtor's property that is subject to a lien**

_____   _____

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred  _____

Last 4 digits of account
number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$0.00**

**Fill in this information to identify the case:**

Debtor    **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No.  Go to Part 2.
    ☑ Yes.  Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

**Internal Revenue Service**

                   **Austin**      **TX**    **73301**

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __**8**__ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**
Priority amount: **$0.00**

Debtor    **LMJ Supply Company** _____    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,520.00** |

_Check all that apply._

**ASAP Industries**

**P. O. Box 677779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas                     TX     75267-7779**               **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,811.00** |

_Check all that apply._

**Bank of America**

**P. O. Box 851001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas                     TX     75285-1001**               **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,718.00** |

_Check all that apply._

**Best Flow Equipment**

**9298 Baythorne Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston                   TX     77041**                     **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$408,992.35** |

_Check all that apply._

**BOP Products LLC**

**P. O. Box 692172**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston                   TX     77269-2172**               **Vendor**

Date or dates debt was incurred   _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor   **LMJ Supply Company**                             Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | | **$11,300.00** |

**Breckon, Stuart**

**1035 Dairy Ashford, Ste 320**

| Houston | TX | 77079 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Money Loan**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | | **$2,683.01** |

**BVM Corporation**

**430 South Navajo St**

| Denver | CO | 80223 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | | **$5,300.00** |

**C&C Controls LLC**

**Attn: Steven Clawson**

**5224 Pale Sage**

| Rosharon | TX | 77583 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | | **$28,651.76** |

**Chase**

**Cardmember Service**

**P. O. Box 6294**

| Carol Stream | IL | 60197-6294 |

Date or dates debt was incurred _____

Last 4 digits of account number   1   0   2   4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **LMJ Supply Company** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Chase Amazon**

**Cardmember Service**

**P. O. Box 6294**

_____

**Carol Stream**          **IL**      **60197-6294**

Date or dates debt was incurred          _____

Last 4 digits of account number          **5   9   9   7**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,610.62**

---

**3.10** Nonpriority creditor's name and mailing address

**Comerica**

**Card Member Services**

**P. O. Box 790408**

_____

**St. Louis**          **MO**      **63179-0408**

Date or dates debt was incurred          _____

Last 4 digits of account number          **2   3   0   1**

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$17,369.23**

---

**3.11** Nonpriority creditor's name and mailing address

**Forum Energy Technologies, Inc.**

**P. O. Box 203325**

_____

_____

**Dallas**          **TX**      **75320-3325**

Date or dates debt was incurred          _____

Last 4 digits of account number          __  __  __  __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$8,674.29**

---

**3.12** Nonpriority creditor's name and mailing address

**G.E.S.C.O.**

**6410 Mayfair St**

_____

_____

**Houston**          **TX**      **77087**

Date or dates debt was incurred          _____

Last 4 digits of account number          __  __  __  __

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,846.02**

---

Debtor  **LMJ Supply Company**                              Case number (if known) _____

| Part 2: | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.13** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$972.00

**Matherne Instrumentation**

**P. O. Box 4177**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Vendor**

| **Houma** | **LA** | **70361-4177** |

**Is the claim subject to offset?**

Date or dates debt was incurred          _____

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$1,769.36

**Midwest Hose**

**P. O. Box 96558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Vendor**

| **Oklahoma City** | **OK** | **73143** |

**Is the claim subject to offset?**

Date or dates debt was incurred          _____

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$5,052.77

**Overnight Solutions, Inc.**

**600 N. Shepherd Dr., Ste 512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Vendor**

| **Houston** | **TX** | **77007** |

**Is the claim subject to offset?**

Date or dates debt was incurred          _____

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$318,748.26

**Romfor Supply Co**

**1035 Dairy Ashford Rd, Ste 320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Vendor**

| **Houston** | **TX** | **77079** |

**Is the claim subject to offset?**

Date or dates debt was incurred          _____

☑ No

Last 4 digits of account number    __ __ __ __

☐ Yes

Debtor __LMJ Supply Company_____    Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,189.74 |

**S & W Power Systems, Inc.**

**4100 S. Eastern Ave**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City          OK     73129**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | $580.00 |

**USA Oilfield Supply LLC**

**13209 CR 1800, Ste 250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lubbock          TX     79424**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | $746.33 |

**West Atlantic Cargo**

**7625 Railhead Lane**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston          TX     77086**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Vendor**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **LMJ Supply Company**　　　　　　　　　　　　　Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**　**Internal Revenue Service**

**Special Procedures Insolvency Sec.**

**P.O.  Box 7346**

**Philadelphia**　　　**PA**　**19101-7346**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___


**4.2**　**Internal Revenue Service**

**Special Procedures - Insolvency Unit**

**STOP #5024-HOU**

**1919 Smith**

**Houston**　　　**TX**　**77002**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___


**4.3**　**Scott K. Vastine**

**The Jackson Law Firm**

**3900 Essex Lane, Suite 1116**

**Houston**　　　**TX**　**77027**

Line _____

☑ Not listed.  Explain:
**Collecting for - BOP**

___ ___ ___ ___


**4.4**　**United States Attorney General**

**Attn: Civil Process Clerk**

**950 Pennsylvania Ave, NW, Room 4400**

**Washington**　　　**DC**　**20530-0001**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___


**4.5**　**United States Attorney's Office**

**Southern District of Texas**

**Attn: Civil Process Clerk**

**P. O. Box 61129**

**Houston**　　　**TX**　**77208**

Line _____

☑ Not listed.  Explain:
**Taxes**

___ ___ ___ ___

Debtor  **LMJ Supply Company** _____  Case number (if known) _____

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$841,534.74** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$841,534.74** |

**Fill in this information to identify the case:**

Debtor name **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known) _____ Chapter **7**

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and for the nature of the debtor's interest | Expired Lease. Continuing month to month tenancy. Contract to be REJECTED | J2P, LLC 1035 Dairy Ashord, Ste 146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston          TX      77079 |

| 2.2 | State what the contract or lease is for and for the nature of the debtor's interest | No Contract Exists. LMJ was paid for services in arranging to move machinary and chemicals.  LMJ anticipated selling the machinary, etc. but has no contract for representation or sale. | Utah Investments Uruguay |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name      **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the**
   **schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1** **Gino F. Arrue** | **1934 Lakeside Crossing**<br>Number   Street<br><br>**Katy**          **TX**   **77494**<br>City          State   ZIP Code | **Bank of America** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** **Gino F. Arrue** | **1934 Lakeside Crossing**<br>Number   Street<br><br>**Katy**          **TX**   **77494**<br>City          State   ZIP Code | **Chase** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** **Gino F. Arrue** | **1934 Lakeside Crossing**<br>Number   Street<br><br>**Katy**          **TX**   **77494**<br>City          State   ZIP Code | **Chase Amazon** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4** **Gino F. Arrue** | **1934 Lakeside Crossing**<br>Number   Street<br><br>**Katy**          **TX**   **77494**<br>City          State   ZIP Code | **Comerica** | ☐ D<br>☑ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor Name  **LMJ Supply Company**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| **Part 1:** | **Summary of Assets** |
| --- | --- |

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................

$0.00

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.................................................................

$596,412.91

    1c.  **Total of all property**
        Copy line 92 from Schedule A/B.................................................................

$596,412.91

---

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

**2.**  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................

$0.00

**3.**  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of Schedule E/F....................

$0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................

+ $841,534.74

**4.**  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................

$841,534.74

---

**Fill in this information to identify the case and this filing:**

Debtor Name        **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☑ Other document that requires a declaration   **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/30/2018**          X **/s/ Gino F. Arrue**
       MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                  **Gino F. Arrue**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **LMJ Supply Company**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2018** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$372,547.30** |
| **For prior year:** | From **01/01/2017** to<br>MM / DD / YYYY | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,279,245.94** |
| **For the year before that:** | From **01/01/2016** to<br>MM / DD / YYYY | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$696,076.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be
adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Catherine Arrue**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | 5/31/18 #<br>8015<br>5/31/18 #<br>8027 | **$4,513.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Paycheck** |

Debtor    **LMJ Supply Company**                                    Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.** **Edna B. Ali**
Creditor's name

Street

City          State    ZIP Code

Dates: 5/31/18 # 8026 / 5/31/18 # 8039 / 5/31/18 # 8042

Total amount or value: **$5,550.72**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Paycheck**

---

**3.3.** **Larry D. Harvey**
Creditor's name

Street

City          State    ZIP Code

Dates: 4/27/18 # 8041 / 5/10/18 # 8047 / 5/24/17 # 8052 / 7/16/18 # 8067

Total amount or value: **$8,316.50**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Attorney Fees**

---

**3.4.** **Blue Cross Blue Shield of Texas**
Creditor's name

Street

City          State    ZIP Code

Dates: 5/02/18 # 8044 / 5/29/18 # 8054

Total amount or value: **$464.97**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Health Ins**

---

**3.5.** **J2P, LLC**
Creditor's name

Street

City          State    ZIP Code

Dates: 5/02/18 # 8045

Total amount or value: **$3,199.97**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Rent**

---

**3.6.** **Chase Card Services**
Creditor's name

Street

City          State    ZIP Code

Dates: 5/04/18 # 8046 / 6/05/18 # 8061

Total amount or value: **$953.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Credit Card**

---

**3.7.** **Bank of America**
Creditor's name

Street

City          State    ZIP Code

Dates: 5/17/18 # 8048 / 6/05/18 # 8063 / 7/17/18 # 8074

Total amount or value: **$487.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Credit Card**

---

Debtor **LMJ Supply Company**
Name                            Case number (if known) _____

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Rex Buckley** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/22/18 # 8049 | **$3,081.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.9. | **Overnight Solutions Inc** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/24/18 # 8050 <br> 5/24/18 # 8051 | **$38,961.42** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.10. | **Midwest Hose** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/29/18 # 8053 | **$14,237.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☑ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.11. | **Comcast** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/30/18 # 8055 | **$252.23** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.12. | **T-mobile** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/30/18 # 8056 <br> 6/29/18 # 8066 | **$1,054.43** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.13. | **Zeus Ol Peru SAC** <br> Creditor's name <br> Street <br> City · State · ZIP Code | 5/25/18 # 8057 | **$50,814.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Reimbursement** _____ |

Debtor    **LMJ Supply Company**                                    Case number (if known) _____
          Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.14.   **Comerica Card Member Services**
        Creditor's name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

Dates: 5/25/18 # 8058
6/06/18 # 8065
7/16/18 # 8070

Total amount or value: **$1,366.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Credit Card**

---

3.15.   **Turbotect Ltd**
        Creditor's name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

Dates: 5/30/18 # 8059

Total amount or value: **$320.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.16.   **Romfor Supply Company**
        Creditor's name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

Dates: 6/1/18 # 8060

Total amount or value: **$3,000.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other _____

---

3.17.   **Chase Amazon**
        Creditor's name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

Dates: 6/05/18 # 8062

Total amount or value: **$79.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Credit Card**

---

3.18.   **Christian M. Sternat**
        Creditor's name
        **1111 North Loop West, Suite 1115**
        Street

        **Houston**          **Tx**     **77008**
        City                State    ZIP Code

Dates: 6/07/18 # 8064

Total amount or value: **$500.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other   **Attonrey Fees**

---

3.19.   **David K. Torkelson, CPA**
        Creditor's name

        _____
        Street

        _____

        _____
        City                State    ZIP Code

Dates: 7/17/18 # 8069

Total amount or value: **$2,200.00**

Reasons for payment or transfer
*Check all that apply*
☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other _____

Debtor     **LMJ Supply Company**
_____     Case number (if known) _____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

| 3.20. **American Express** | **7/17/18** # | **$5,739.77** | Check all that apply |

Creditor's name

7/17/18 #
8071

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Credit Card**

Street

_____
City          State     ZIP Code

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.21. **United States Treasury**

Creditor's name

**7/17/18** #
**8072**

**$1,298.05**

Check all that apply

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other  **Payroll Tax**

Street

_____
City          State     ZIP Code

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1. **Gino F. Arrue**

Insider's name

**Various**

**Arrue/President was co-signor on credit cards used by LMJ. Credit Cards include: Bank of America, Chase Bank, Chase Amazon and Comerica Bank.  All purchases on these cards were for LMJ related materials and services. Payments were all made in the ordinary course of the credit card transactions.**

Street

_____
City          State     ZIP Code

**Relationship to debtor**

_____

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

Debtor   **LMJ Supply Company**                                   Case number (if known)  _____
_____
Name

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

---

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **BOP Products, LLC v. LMJ Supply Company** | | **125th Dristrict Court** <br> Name <br><br> **201 Caroline Street** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> **2017-22710** | | **Houston**     **Tx**   **77002** <br> City              State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor  **LMJ Supply Company**                                    Case number (if known)  _____
          Name

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Christian M. Sternat** | | **6/7/18**<br>**$500.00**<br>**7/30/18**<br>**$9,335.** | **$9,835.00** |
| | Address | | | |
| | **Attorney at Law**<br>Street<br>**1111 North Loop West, Suite 1115** | | | |
| | **Houston**      **TX**    **77008**<br>City                 State     ZIP Code | | | |
| | Email or website address<br>**chrissternat@hotmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Larry D. Harvey, Attorney at Law** | **Mr. Harvey is attorney of record in BOP Products, LLC vs. LMJ Supply Company.  Fees paid were for defense in suit** | **4/27/18**<br>**5/10/18**<br>**5/24/18**<br>**7/16/18** | **$8,316.50** |
| | Address | | | |
| | **14505 Torrey Chase Blvd.**<br>Street<br>**Suite 415** | | | |
| | **Houston**      **Tx**    **77014**<br>City                 State     ZIP Code | | | |
| | Email or website address<br>**ldharvey@hdwhc.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor   **LMJ Supply Company**                                    Case number (if known) _____
_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■  diagnosing or treating injury, deformity, or disease, or

■  providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

          Does the debtor have a privacy policy about that information?
          ☐ No.
          ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

Debtor   **LMJ Supply Company**                                          Case number (if known) _____
_____
Name

<table>
<tr><td>**Part 10:**</td><td>**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Alliegance Bank**<br>Name<br>**6363 Wooodway Dr. #100**<br>Street<br><br>**Houston**      **Tx   77057**<br>City        State   ZIP Code | **XXXX-** __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **7/26/18** | **$11,708.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

<table>
<tr><td>**Part 11:**</td><td>**Property the Debtor Holds or Controls That the Debtor Does Not Own**</td></tr>
</table>

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor  __**LMJ Supply Company**__  Case number (if known) _____
       Name

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

    26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Edna Bernal** | | | From | **5/23/11** | To | **4/30/18** |
| | Name | | | | | |
| | **3915 Camden Fields Lane** | | | | | |
| | Street | | | | | |
| | **Richmond** | **Tx** | **77407** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Claudia Cruz** | | | From | **5/1/18** | To | **7/30/18** |
| | Name | | | | | |
| | **1035 Dairy Ashford, #320** | | | | | |
| | Street | | | | | |
| | **Houston** | **Tx** | **77079** | | | |
| | City | State | ZIP Code | | | |

Debtor  **LMJ Supply Company**                                    Case number (if known) _____
_____
Name

| Name and address | | | Dates of service |
|---|---|---|---|

26a.3.  **David M. Torkelson, CPA**                              From  __**2007**__  To  __**7/30/18**__
_____
Name
**5629 Cypress Creek Pkwy, #360**
_____
Street
_____

**Houston**                    **Tx**      **77069**
_____
City                          State    ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.  **David M. Torkelson, CPA**
_____
Name
_____
Street
_____

_____
City                    State    ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gino Arrue** | **1035 Dairy Ashford Rd, Suite 370 Houston, Tx 77079** | **President/ Shareholder** | **50%** |
| **Stuart Breckon** | **1035 Dairy Ashford Rd, Suite 370 Houston, Tx 77079** | **Shareholder** | **50%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Stuart Breckon** | | **Secretary** | From __**2007**__ To __**3/14/18**__ |

Debtor   **LMJ Supply Company**
Name

Case number (if known)

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

**Part 14:   Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/30/2018**
MM / DD / YYYY

X **/s/ Gino F. Arrue**
Signature of individual signing on behalf of the debtor

Printed name   **Gino F. Arrue**

Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **LMJ Supply Company**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...............................................Fixed Fee:  _____**$9,500.00**

Prior to the filing of this statement I have received.......................................................  _____**$9,500.00**

Balance Due................................................................................................................  _____**$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Adversary proceedings and contested legal matters**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **07/30/2018** | **/s/ Christian M. Sternat** |
| *Date* | *Christian M. Sternat*                    Bar No.  19175730 |
| | Christian M. Sternat |
| | Attorney at Law |
| | 2190 North Loop West, #101 |
| | Houston, TX  77018 |
| | Phone: (713) 686-6961 / Fax: (713) 686-2140 |

---

**/s/ Gino F. Arrue**
_____

*Gino F. Arrue*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **LMJ Supply Company**                                                CASE NO

                                                                                              CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  7/30/2018 _____          Signature _**/s/ Gino F. Arrue**_____
                                                                                      _**Gino F. Arrue**_
                                                                                      _**President**_


Date _____          Signature _____

ASAP Industries
P. O. Box 677779
Dallas, Texas 75267-7779


Bank of America
P. O. Box 851001
Dallas, Texas 75285-1001


Best Flow Equipment
9298 Baythorne Drive
Houston, Texas 77041


BOP Products LLC
P. O. Box 692172
Houston, Texas 77269-2172


Breckon, Stuart
1035 Dairy Ashford, Ste 320
Houston, Texas 77079


BVM Corporation
430 South Navajo St
Denver, CO 80223


C&C Controls LLC
Attn: Steven Clawson
5224 Pale Sage
Rosharon, Texas 77583


Chase
Cardmember Service
P. O. Box 6294
Carol Stream, IL 60197-6294


Chase Amazon
Cardmember Service
P. O. Box 6294
Carol Stream, IL 60197-6294

Comerica
Card Member Services
P. O. Box 790408
St. Louis, MO 63179-0408


Forum Energy Technologies, Inc.
P. O. Box 203325
Dallas, Texas 75320-3325


G.E.S.C.O.
6410 Mayfair St
Houston, Texas 77087


Gino F. Arrue
1934 Lakeside Crossing
Katy, Texas 77494


Internal Revenue Service
Austin, Texas  73301


Internal Revenue Service
Special Procedures - Insolvency Unit
STOP #5024-HOU
1919 Smith
Houston, Texas  77002

Internal Revenue Service
Special Procedures Insolvency Sec.
P.O.  Box 7346
Philadelphia, PA  19101-7346


J2P, LLC
1035 Dairy Ashord, Ste 146
Houston, Texas 77079


Matherne Instrumentation
P. O. Box 4177
Houma, LA 70361-4177

Midwest Hose
P. O. Box 96558
Oklahoma City, OK  73143


Overnight Solutions, Inc.
600 N. Shepherd Dr., Ste 512
Houston, Texas 77007


Romfor Supply Co
1035 Dairy Ashford Rd, Ste 320
Houston, Texas 77079


S & W Power Systems, Inc.
4100 S. Eastern Ave
Oklahoma City, OK 73129


Scott K. Vastine
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027


United States Attorney General
Attn: Civil Process Clerk
950 Pennsylvania Ave, NW, Room 4400
Washington, DC  20530-0001


United States Attorney's Office
Southern District of Texas
Attn: Civil Process Clerk
P. O. Box 61129
Houston, Texas  77208

USA Oilfield Supply LLC
13209 CR 1800, Ste 250
Lubbock, Texas 79424


Utah Investments
Uruguay

West Atlantic Cargo
7625 Railhead Lane
Houston, Texas 77086